# PD-1564-15

NUMBER 13-14-00448-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk

IN THE COURT CRIMINAL APPEALS

AUSTIN,TEXAS

ROLANDO ROMERO, PETITIONER, PRO SE

VS.

THE STATE OF TEXAS

FORM APPEAL NO. 14-14-00448-CR

TRIAL CAUSE NO.12-CR-3695-C

94TH JUDICIAL DISTRICT

NUECES COUNTY, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE

## PETITION FOR DISCRETIONARY REVIEW

## TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Rolando Romero, petitioner, and files this motion for extension of (60) days in which to file petition for discretionary review. In support of this motion, appellant shows the court the following:

I

The petitioner was convicted in the 94th judicial district court of nueces county, tx. Of the offense of possession a controlled substance (cocaine), more than one gram but less than four grams, a third degree felony, in cause No. 12-CR-3695-C, styled the state of Texas vs. Rolando Romero. The petitioner appealed to the court of appealed to the court of appeals, thirteenth (13) supreme judicial district of Texas, the case was affirmed on October 29, 2015.

The present deadline for filling the petition for discretionary review is on about November 29, 2015. the petitioner has not requested any extension prior to this request.

Petitioner's request for an extension is based on the following:
1.)Petitioner was not informed on the decision of the court of appeals in affirming his case until November 2, 2015 when petitioner received a letter from his attorney on appeal, IRMA M. SANJINES Date November 2, 2015. In which attorney on appeal advised petitioner that he could file a Pro Se petition for discretionary review; if he chose to; 2.)Petitioner has limit legal knowledge and must seek access to the CCA Houston Processing law library which access is limited, and 3.) Petitioner's limited legal knowledge will slow down his legal research.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, petitioner prays this court GRANTED THIS motion and extend the deadline for filing his "PRO SE" petition for discretionary review in cause No. 13-14-00448-CR to about January 29, 2016.

Respectfully Submitted:

_Rolando Romero_.
ROLANDO ROMERO PETITIONER,PRO SE
A#90429000
CCA HOUSTON PROCESSING CENTER
15850 EXPORT PLAZADR.
HOUSTON, TEXAS 77032

## CERTIFICATE OF SERVICE

I, Rolando M. Romero, certify that a true and correct copy of the above and foregoing first motion for extension of the time to file a petition for discretionary review has been forwarded by U.S mail, postage prepaid, first class, to attorney(s) for the state, Mark Skurka 94th district attorney assistant Douglas k. Norman assistant district attorney 901 Leopard, Room 206 Corpus Christi, Texas 78401 and to the state prosecuting attorney at p.o box 12405 Austin, TX 78711-2405, on the 23rd day of November 2015.

## UNSWORN DECLARATION

I ROLANDO ROMERO  A-#90429000, BEING PRESENTLY INCARCERATED IN THE CCA HOUSTON PROCESSING CENTER 15850 EXPORT PLAZA DR. 77032 IN HARRIS. COUNTY TX VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

EXECUTED ON THIS THE 23TH DAY OF NOVEMBER, 2015.

*Rolando Romero*

ROLANDO ROMERO
A-#90429000
CCA HOUSTON PROCESSING CENTER
15850 EXPORT PLAZA DR.
HOUSTON, TEXAS 77032

FROM:                                              TO:

ROLANDO ROMERO                                     COURT OF CRIMINAL APPEALS
A-#90429000                                        % CLERK, ABEL ACOSTA
CCA HOUSTON PROCESSING CENTER                      P. O. BOX 12308
15850 EXPORT PLAZA DR.                             AUSTIN, TEXAS 78711-2308
HOUSTON, TEXAS 77032


NOVEMBER 23, 2015


RE: EXTENSION OF TIME TO FILE P. D. R./APPEAL No.13-14-00448-CR/ ROLANDO ROMERO
APPELLANT Vs. THE STATE OF TEXAS, APPELLEE/ FROM CAUSE No.12-CR-3695-C  94TH
JUDICIAL DISTRICT, NUECES COUNTY TEXAS.


DEAR CLERK:

ENCLOSE PLEASE FIND MY PRO SE DEFENDANT'S MOTION FOR EXTENSION OFTIME TI
FILE PETITION FOR DISCRETIONARY REVIEW, PLEASE FILE THIS MOTION AND BRING IT
TO THE ATTENTION OF THE COURT.

    PLEASE DATE-STAMP THIS LETTER AND RETURN IT TO MY ADDRESS ABOVE.

    I ALSO REQUEST THAT YOU NOTIFY ME OF THE COURT'S RULING ON MY MOTION.

SINCERELY. *Rolando Romero*

ROLANDO ROMERO
A-#90429000
CCA HOUSTON PROCESSING CENTER
15850 EXPORT PLAZA DR.
HOUSTON, TEXAS  77032
        DEFENDANT,  PRO  SE


 P. S. : MY DECLARATION OF INABILITY TO PAY COST IS ALSO ATTACHED.


    THANK YOU VERY MUCH FOR YOUR TIME AND COURTESY.

FROM:                                              TO:

ROLANDO ROMERO                          STATE PROSECUTING ATTORNEY
A-#90429000                                     P. O. BOX 12405
CCA HOUSTON PROCESSING CENTER    AUSTIN, TEXAS 78711-2405
15850 EXPORT PLAZA DR.
HOUSTON, TEXAS 77032


NOVEMBER 23, 2015


RE: APPEAL NO.13-14-00448-CR/ROLANDO ROMERO, APPELLANT VS. THE STATE OF
TEXAS, APPELLEE/ FROM CAUSE NO. 12-CR-3695-C  94TH JUDICIAL DISTRICT, NUECES
COUNTY, TEXAS.


DEAR : STATE PROSECUTING ATTORNEY:

ATTACH IS YOUR COPY OF MY FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW.


THANK YOU VERY MUCH FOR YOUR TIME AND COURTESY.


SINCERELY. *Rolando Romero*

ROLANDO ROMERO
A-#90429000
CCA HOUSTON PROCESSING CENTER
15850 EXPORT PLAZA DR.
HOUSTON, TEXAS  77032
           DEFENDANT, PRO SE

FROM:

ROLANDO ROMERO
A-#90429000
CCA HOUSTON PROCESSING CENTER
15850 EXPORT PLAZA DR.
HOUSTON, TEXAS 77032

TO:
MARK SKURKA AND
DOUGLAS K. NORMAN
ASSISTANT DISTRICT ATTORNEY
105TH JUDICIAL DISTRICT OF TX.
901 LEOPARD, ROOM 206

NOVEMBER 23, 2015

RE: APPEAL NO.13-14-00448-CR/ROLANDO ROMERO, APPELLANT VS. THE STATE OF TEXAS, APPELLEE/ FROM CAUSE NO. 12-CR-3695-C 94TH JUDICIAL DISTRICT, NUECES COUNTY, TEXAS.

DEAR : DISTRICT ATTORNEY, & ASST. DISTRICT ATTORNEY:

ATTACH IS YOUR COPY OF MY FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW.

THANK YOU VERY MUCH FOR YOUR TIME AND COURTESY.

SINCERELY. *Rolando Romero*

ROLANDO ROMERO
A-#90429000
CCA HOUSTON PROCESSING CENTER
15850 EXPORT PLAZA DR.
HOUSTON, TEXAS 77032
       DEFENDANT, PRO SE